| UNILOC v SONY, ET AL | CASE NO: 6:10-CV-373 |
| --- | --- |

| UNILOC v DISK DOCTORS, ET AL | CASE NO: 6:10-CV-471 |
| --- | --- |

| UNILOC v NATIONAL INSTRUMENTS, ET AL | CASE NO: 6:10-CV-472 |
| --- | --- |

| UNILOC v ENGRASP, ET AL | CASE NO: 6:10-CV-591 |
| --- | --- |

| UNILOC v BMC SOFTWARE, ET AL | CASE NO: 6:10-CV-636 |
| --- | --- |

| UNILOC v FOXIT CORPORATION, ET AL | CASE NO: 6:10-CV-691 |
| --- | --- |

| SYMANTEC CORPORATION v UNILOC | CASE NO: 6:11-CV-33 |
| --- | --- |

# OCTOBER 19, 2011 - MARKMAN HEARING
## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
| --- | --- |
| Steven Hartsell | Uniloc |
| Jamie Olin | Uniloc |
| Barry Bumgardner | Uniloc |
| Brannon Latimer | Uniloc |
| Jim Ethridge | Uniloc |
| Wesley Hill | Uniloc |
| | |
| Greg Love | Sage Software |
| | |
| | |
| | |
| | |
| | |

| UNILOC v SONY, ET AL | CASE NO: 6:10-CV-373 |
| --- | --- |

| UNILOC v DISK DOCTORS, ET AL | CASE NO: 6:10-CV-471 |
| --- | --- |

| UNILOC v NATIONAL INSTRUMENTS, ET AL | CASE NO: 6:10-CV-472 |
| --- | --- |

| UNILOC v ENGRASP, ET AL | CASE NO: 6:10-CV-591 |
| --- | --- |

| UNILOC v BMC SOFTWARE, ET AL | CASE NO: 6:10-CV-636 |
| --- | --- |

| UNILOC v FOXIT CORPORATION, ET AL | CASE NO: 6:10-CV-691 |
| --- | --- |

| SYMANTEC CORPORATION v UNILOC | CASE NO: 6:11-CV-33 |
| --- | --- |

# OCTOBER 19, 2011 - MARKMAN HEARING
## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
| --- | --- |
| John Guaragna | Borland Software |
| Brian Erickson | Borland Software |
| Robert Huntsman | Stat Ease, INC (6:10-cv-471) |
| Heather Mewes | Intuit (6:10-CV-636) |
| Mark Flagel | Symantec and XtreamLok |
| Chad Hluston | Pervasive Software |
| RODERICK WILLIAMS | SOLARWINDS |
| Chris Laros | Digital River, INC; ASPYR; Genr INC. |
| | & Genr Holdings |
| | |
| | |
| | |
| | |

| UNILOC v SONY, ET AL | CASE NO: 6:10-CV-373 |
| --- | --- |
| UNILOC v DISK DOCTORS, ET AL | CASE NO: 6:10-CV-471 |
| UNILOC v NATIONAL INSTRUMENTS, ET AL | CASE NO: 6:10-CV-472 |
| UNILOC v ENGRASP, ET AL | CASE NO: 6:10-CV-591 |
| UNILOC v BMC SOFTWARE, ET AL | CASE NO: 6:10-CV-636 |
| UNILOC v FOXIT CORPORATION, ET AL | CASE NO: 6:10-CV-691 |
| SYMANTEC CORPORATION v UNILOC | CASE NO: 6:11-CV-33 |

# OCTOBER 19, 2011 - MARKMAN HEARING
## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
| --- | --- |
| Melissa Smith | Activision, Filemaker |
| Pat L-jin | Activision |
| ELIZABETH DeRieux | Autodesk, Intea |
| Brian Ericksen | Borland Software Corp. |
| Mike Jones | Symantec |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| UNILOC v SONY, ET AL | CASE NO: 6:10-CV-373 |
| --- | --- |

| UNILOC v DISK DOCTORS, ET AL | CASE NO: 6:10-CV-471 |
| --- | --- |

| UNILOC v NATIONAL INSTRUMENTS, ET AL | CASE NO: 6:10-CV-472 |
| --- | --- |

| UNILOC v ENGRASP, ET AL | CASE NO: 6:10-CV-591 |
| --- | --- |

| UNILOC v BMC SOFTWARE, ET AL | CASE NO: 6:10-CV-636 |
| --- | --- |

| UNILOC v FOXIT CORPORATION, ET AL | CASE NO: 6:10-CV-691 |
| --- | --- |

| SYMANTEC CORPORATION v UNILOC | CASE NO: 6:11-CV-33 |
| --- | --- |

# OCTOBER 19, 2011 - MARKMAN HEARING
## PLEASE  PRINT  CLEARLY

| ATTORNEY NAME | REPRESENTING |
| --- | --- |
| Eric Hall | McAfee |
| Ray Churchill | Sony DADC, Sony Corp of A, Electronx Arts |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |